LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rpayne@lgpatlaw.com
Christopher J. Passarelli (Bar No. 241174)
cpassarelli@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
GOLDEN MEMORIAL
INSURANCE SERVICES, INC.


CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI, LLP
10 Almaden Blvd., Suite 430
San Jose, CA  95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
SECURED SERENITY, INC.
And LAURO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., a California corporation,<br><br>           Plaintiff,<br>vs.<br><br>SECURED SERENITY, INC., a California corporation, LAURO HERRERA, an Individual, AND DOES 1-10 INCLUSIVE,<br><br>           Defendants. | Case No: 1:11-cv-01058-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT |

1  The parties hereto, through their respective counsel, stipulated to the Plaintiff's filing of
2  the proposed Amended Complaint, in the form attached to the Stipulation, which amended
3  pleading adds causes of action for both federal and California state common law trademark
4  
5  infringement, as well as, the addition of four (4) defendants as follows:

    a. Golden Memorial Plan, Inc.;

    b. Golden Memorial Companies, Inc.;

    c. Robert Paul "Bo" Clark, Jr.;

    d. Guadalupe "Joe" Gonzalez;

The parties further agree that discovery shall commence at this time.

Pursuant to Stipulation between the parties, IT IS HEREBY ORDERED that plaintiff is granted leave to file the proposed Amended Complaint.

Plaintiff shall file the Amended Complaint within five (5) days of service of this Order.

IT IS SO ORDERED.

    Dated:   **November 17, 2011**              /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE