LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rpayne@lgpatlaw.com
Christopher J. Passarelli (Bar No. 241174)
cpassarelli@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
GOLDEN MEMORIAL
INSURANCE SERVICES, INC.


CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI, LLP
10 Almaden Blvd., Suite 430
San Jose, CA  95113
Telephone:  (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
SECURED SERENITY, INC.
And LAURO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>SECURED SERENITY, INC., a California corporation, LAURO HERRERA, an Individual, AND DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No: 1:11-cv-01058-LJO-BAM<br><br>ORDER GRANTING DEFENDANT LEAVE TO FILE AMENDED ANSWER AND GRANTING PLAINTIFF ADDITIONAL TIME TO FILE RESPONSIVE MOTION |

The parties hereto, through their respective counsel, hereby stipulate to the following:

1. Defendants, Secured Serenity and Lauro Herrera, will have until January 13, 2012 to file an Amended Answer to Plaintiff Golden Memorial Insurance Services, Inc.'s Amended Complaint;

2. Plaintiff will have two weeks after Defendants have filed their amended answer to bring a responsive motion, if any, up through and including January 27, 2012.

Dated: 12/21/11                              TINGLEY, PIONTKOWSKI LLP


                                             By: /s/ Bruce C. Piontkowski
                                                 Bruce C. Piontkowski,
                                                 Attorneys for Defendants
                                                 SECURED SERENITY and
                                                 LAURO HERRERA


Dated: 12/21/11                              LaRIVIERE, GRUBMAN & PAYNE, LLP


                                             By: /s/ Christopher J. Passarelli
                                                 Christopher J. Passarelli
                                                 Attorneys for Plaintiff
                                                 GOLDEN MEMORIAL INSURANCE
                                                 SERVICES, INC.

## ORDER

Pursuant to Stipulation between the parties, IT IS HEREBY ORDERED that defendants' amended answer is due on or before January 13, 2012 and plaintiff's responsive pleading, if any, is due on or before January 27, 2012.

IT IS SO ORDERED.

Dated: **December 23, 2011**          /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE