UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECURED SERENITY, INC., a California corporation; GOLDEN MEMORIAL COMPANIES, INC., a California corporation; GOLDEN MEMORIAL PLAN, INC., a California corporation; LAURO HERRERA, an individual; ROBERT PAUL "BO" CLARK, JR., an individual; GUADALUPE "JOE" GONZALEZ, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-01058 LJO-BAM<br><br>**ORDER GRANTING DEFENDANT ROBERT PAUL "BO" CLARK, JR. ADDITIONAL TIME TO FILE ANSWER AND PLAINTIFF ADDITIONAL TIME TO FILE RESPONSIVE MOTION** |

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED that Defendant Robert Paul "Bo" Clark's Answer is due on or before January 13, 2012, and Plaintiff's responsive pleading, if any, is due on or before January 27, 2012.

Dated: January 12, 2012         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

E8989BD8.doc                                **ORDER RE: DEF. CLARK ANSWER**
                                            **CASE NO. 1:11-CV-01058 LJO-BAM**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW