1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

| | |
|---|---|
| 12  GOLDEN MEMORIAL INSURANCE<br>SERVICES, INC., a California corporation, | CASE NO.  1:11-CV-01058 LJO-BAM |
| 13<br>              Plaintiff, | **ORDER GRANTING DEFENDANT<br>ROBERT PAUL "BO" CLARK, JR.** |
| 14<br>       v. | **ADDITIONAL TIME TO FILE<br>ANSWER AND PLAINTIFF** |
| 15<br>SECURED SERENITY, INC., a California | **ADDITIONAL TIME TO FILE<br>RESPONSIVE MOTION** |
| 16  corporation; GOLDEN MEMORIAL<br>COMPANIES, INC., a California corporation; | |
| 17  GOLDEN MEMORIAL PLAN, INC., a<br>California corporation; LAURO HERRERA, | |
| 18  an individual; ROBERT PAUL "BO" CLARK,<br>JR., an individual; GUADALUPE "JOE" | |
| 19  GONZALEZ, an individual; and DOES 1-10,<br>inclusive, | |
| 20<br>              Defendants. | |
| 21 | |

22         Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED that

23
Defendant Robert Paul "Bo" Clark's Answer is due on or before January 13, 2012, and Plaintiff's

24
responsive pleading, if any, is due on or before January 27, 2012.

25

26

Dated:    January 12, 2012              /s/ Barbara A. McAuliffe
27                                UNITED STATES MAGISTRATE JUDGE

28

E8989BD8.doc                                    **ORDER RE: DEF. CLARK ANSWER**
                                                **CASE NO. 1:11-CV-01058 LJO-BAM**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW