**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., | CASE NO. CV F 11-1058 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT CLARK** (Doc. 49.) |
| vs. | |
| SECURED SERENITY, INC., et al., | |
| Defendants. / | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice as to defendant Robert Paul "Bo" Clark only.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   November 27, 2012**               /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1