LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Christopher J. Passarelli (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
GOLDEN MEMORIAL
INSURANCE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., a California corporation, | Case No: 1:11-cv-01058-LJO-BAM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT GUADALUPE "JOE" GONZALEZ** |
| vs. | |
| SECURED SERENITY, INC., a California corporation, GOLDEN MEMORIAL COMPANIES, INC., a California corporation, GOLDEN MEMORIAL PLAN, INC., a California corporation, LAURO HERRERA, an Individual, ROBERT PAUL "BO" CLARK, JR., an Individual, GUADALUPE "JOE" GONZALEZ, an Individual AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

Pursuant to Local Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff GOLDEN MEMORIAL INSURANCE SERVICES, INC., a California corporation ("Plaintiff"), and Defendants SECURED SERENITY, INC., a California corporation, GOLDEN MEMORIAL COMPANIES, INC., a California corporation, GOLDEN MEMORIAL PLAN, INC., a California corporation, LAURO HERRERA, an Individual, and GUADALUPE "JOE" GONZALEZ, an Individual, by and through their respective counsel, hereby stipulate to the

dismissal with prejudice of Defendant Guadalupe "Joe" Gonzalez as to all claims and counterclaims in this action. Each party shall bear its own attorneys' fees and costs.

Dated: December 14, 2012           LARIVIERE, GRUBMAN & PAYNE, LLP

                                       By:   /s/ Christopher J. Passarelli
                                                 Christopher J. Passarelli
                                                 Attorneys for Plaintiff

Dated: December 14, 2012           TINGLEY PIONTKOWSKI LLP

                                       By:   /s/ Bruce Piontkowski
                                                Bruce Piontkowski
                                                Attorneys for Defendants

### ORDER

    Based on the parties' stipulation, this Court DISMISSES with prejudice this action and all claims against Defendant Guadalupe "Joe" Gonzalez only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

    Dated:   **December 14, 2012**           **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE