UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN MEMORIAL INSURANCE SERVICES, INC., | CASE NO. CV F 11-1058 LJO BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 55.) |
| SECURED SERENITY, INC., et al., | |
| Defendants. | |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 31, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the April 3, 2013 pretrial conference and May 14, 2013 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **January 2, 2013**               /s/  Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE