1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne, Esq. (Bar No. 073901)
2  Christopher J. Passarelli (Bar No. 241174)
   Post Office Box 3140
3  19 Upper Ragsdale Drive
   Monterey, CA  93942-3140
   Telephone: (831) 649-8800
4  Facsimile: (831) 649-8835

5  Attorneys for Plaintiff
   GOLDEN MEMORIAL
6  INSURANCE SERVICES, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GOLDEN MEMORIAL INSURANCE          ) Case No: 1:11−CV−01058−LJO−SMS
    SERVICES, INC., a California corporation,  )
12                                     )
                                       ) **STIPULATION OF DISMISSAL**
13            Plaintiff,               ) **WITH PREJUDICE OF**
    vs.                                ) **DEFENDANTS SECURED**
14                                     ) **SERENITY, INC., GOLDEN**
    SECURED SERENITY, INC., a California ) **MEMORIAL COMPANIES, INC.,**
15  corporation, GOLDEN MEMORIAL        ) **GOLDEN MEMORIAL PLAN, INC.**
    COMPANIES, INC., a California corporation, ) **AND LAURO HERRERA**
16  GOLDEN MEMORIAL PLAN, INC., a       )
    California corporation, LAURO HERRERA, an )
17  Individual, AND DOES 1-10 INCLUSIVE, )
                                       )
18            Defendants.              )
                                       )
19                                     )
                                       )
20  _____ )

21        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, GOLDEN

22  MEMORIAL INSURANCE SERVICES, INC., a California Corporation

23  ("Plaintiff") and SECURED SERENITY, INC., a California corporation,

24

25  GOLDEN MEMORIAL COMPANIES, INC., a California corporation, GOLDEN

26

27  MEMORIAL PLAN, INC., a California corporation, LAURO HERRERA, an

28

Individual, ("Defendants"), hereby stipulate to the dismissal with prejudice of Defendants SECURED SERENITY, INC., GOLDEN MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA as to all claims and  counterclaims in this action. Each party shall bear its own attorneys' fees and costs.

Dated: January 30, 2013                    LARIVIERE, GRUBMAN & PAYNE, LLP


                                           By:   /s/ Christopher J. Passarelli
                                                 Christopher J. Passarelli
                                                 Attorneys for Plaintiff




Dated: January 30, 2013                    TINGLEY PIONTKOWSKI LLP


                                           By:   /s/ Curtis Tingley
                                                 Curtis Tingley
                                                 Attorneys for Defendants

                                    **ORDER**

        Pursuant to the parties' stipulation, this Court DISMISSES with prejudice this entire action and all claims and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

    Dated:   **January 31, 2013**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURED SERENITY, INC., GOLDEN
MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA
Golden Memorial Insurance Services, Inc. v. Secured Serenity, Inc., et al.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURED SERENITY, INC., GOLDEN
MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA
Golden Memorial Insurance Services, Inc. v. Secured Serenity, Inc., et al.