1  LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
2  Christopher J. Passarelli (Bar No. 241174)
Post Office Box 3140
3  19 Upper Ragsdale Drive
Monterey, CA  93942-3140
4  Telephone: (831) 649-8800
Facsimile: (831) 649-8835

5  Attorneys for Plaintiff
GOLDEN MEMORIAL
6  INSURANCE SERVICES, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 GOLDEN MEMORIAL INSURANCE            ) Case No: 1:11−CV−01058−LJO−SMS
SERVICES, INC., a California corporation,  )
12                                       ) **STIPULATION OF DISMISSAL**
            Plaintiff,                   ) **WITH PREJUDICE OF**
13 vs.                                   ) **DEFENDANTS SECURED**
                                         ) **SERENITY, INC., GOLDEN**
14 SECURED SERENITY, INC., a California  ) **MEMORIAL COMPANIES, INC.,**
corporation, GOLDEN MEMORIAL            ) **GOLDEN MEMORIAL PLAN, INC.**
15 COMPANIES, INC., a California corporation, ) **AND LAURO HERRERA**
GOLDEN MEMORIAL PLAN, INC., a           )
16 California corporation, LAURO HERRERA, an )
Individual, AND DOES 1-10 INCLUSIVE,    )
17                                       )
                                         )
18          Defendants.                  )
                                         )
19                                       )
                                         )
20 _____ )

21     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, GOLDEN

22 MEMORIAL INSURANCE SERVICES, INC., a California Corporation
23

24 ("Plaintiff") and SECURED SERENITY, INC., a California corporation,

25 GOLDEN MEMORIAL COMPANIES, INC., a California corporation, GOLDEN
26

27 MEMORIAL PLAN, INC., a California corporation, LAURO HERRERA, an

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURED SERENITY, INC., GOLDEN
MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA
Golden Memorial Insurance Services, Inc. v. Secured Serenity, Inc., et al.

1

Individual, ("Defendants"), hereby stipulate to the dismissal with prejudice of

Defendants SECURED SERENITY, INC., GOLDEN MEMORIAL

COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO

HERRERA as to all claims and counterclaims in this action. Each party shall bear

its own attorneys' fees and costs.

Dated: January 30, 2013                   LARIVIERE, GRUBMAN & PAYNE, LLP


                                          By:   /s/ Christopher J. Passarelli
                                                Christopher J. Passarelli
                                                Attorneys for Plaintiff



Dated: January 30, 2013                   TINGLEY PIONTKOWSKI LLP


                                          By:   /s/ Curtis Tingley
                                                Curtis Tingley
                                                Attorneys for Defendants

## ORDER

     Pursuant to the parties' stipulation, this Court DISMISSES with prejudice
this entire action and all claims and DIRECTS the clerk to close this action.



IT IS SO ORDERED.

     Dated:   **January 31, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE


STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURED SERENITY, INC., GOLDEN
MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA
Golden Memorial Insurance Services, Inc. v. Secured Serenity, Inc., et al.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SECURED SERENITY, INC., GOLDEN
MEMORIAL COMPANIES, INC., GOLDEN MEMORIAL PLAN, INC. AND LAURO HERRERA
Golden Memorial Insurance Services, Inc. v. Secured Serenity, Inc., et al.